UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 6001

-------------------------------------------------------------x

SEAVOSS MARITIME (CYPRUS) LTD.,

                              Plaintiff,          08 CV 6001 (WHP)

-v-

                                                  **STATEMENT PURSUANT
                                                  TO F.R.C.P 7.1**

MS "PAASCHBURG" SCHIFFAHRTS GMBH &
CO. KG; MS "PAASCHBURG" VOSS SCHIFFAHRTS
KG; SEAVOSS FREIGHT LIMITED; J. HATTERMANN
VERWALTUNGS GMBH; and REEDEREI EILBRECHT,

                              Defendants.

-------------------------------------------------------------x

          Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for Plaintiff, SEAVOSS MARITIME (CYPRUS) LTD., certifies that there are no

corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Oyster Bay, New York
          July 1, 2008

                              CHALOS & CO, P.C.
                              Attorneys for Plaintiff
                              SEAVOSS MARITIME (CYPRUS) LTD.

          By:

                              George M. Chalos (GC-8693)
                              123 South Street
                              Oyster Bay, New York 11771
                              Tel: (516) 714-4300
                              Fax: (866) 702-4577
                              Email: gmc@chaloslaw.com