CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SEAVOSS MARITIME (CYRPUS) LTD.,

                           Plaintiff,       :      08-CV-6001

                      v.                  :      **NOTICE OF**
                                          :      **APPEARANCE**

MS "PAASCHBURG" SCHIFFAHRTS GMBH &
CO. KG; MS "PAASCHBURG" VOSS
SCHIFFAHRTS KG; SEAVOSS FREIGHT
LIMITED; J. HATTERMANN VERWALTUNGS
GMBH; and REEDEREI EILBRECHT.

                         Defendants.
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
          July 29, 2008

                                                CLARK, ATCHESON & REISERT
                                              Attorneys for Garnishee
                                              Societe Generale New York Branch

           By:     _____
                        Richard J. Reisert (RR-7118)
                        7800 River Road
                        North Bergen, NJ  07047
                        Tel: (201) 537-1200